**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID RUSSELL,
ADC #151529                                                                                                    PLAINTIFF

v.                                          2:12-cv-00107-BSM-JTK

APN BREEDLOVE, et al.                                                                              DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint pursuant to this Court's June 19, 2012 Order (Doc. No. 5). Having reviewed such, it now appears to the Court that service is appropriate for Defendants Breedlove, Skrapates, Sims, and Campbell. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Breedlove, Skrapates, Sims, and Campbell. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on these Defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 2nd day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE