**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID RUSSELL,
ADC #151529                                                                                              PLAINTIFF

v.                                            2:12-cv-00107-BSM-JTK

APN BREEDLOVE, et al.                                                                              DEFENDANTS

**ORDER**

By Order dated August 2, 2012, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 8). Summons was returned, unexecuted, with respect to Defendants Sims and Breedlove on August 23, 2012 (Doc. Nos. 13, 14). Included with the returns and filed under seal are memos containing Defendants' last-known addresses. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Crystal Sims and Andrea Breedlove, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 5) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1